UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF PAUL DEATON,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | No. CV 14-6827 FFM<br><br>JUDGMENT |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is reversed and remanded for an immediate award of benefits with respect to the period from July 12, 2010 through December 31, 2011.

IT IS SO ORDERED.

DATED: March 23, 2016

                                              /S/ FREDERICK F. MUMM
                                              FREDERICK F. MUMM
                                         United States Magistrate Judge